UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **TONGSUN PARK,** | : | VIOLATION: 18 U.S.C. §1001 |
| **Defendant.** | : | (Fictitious or Fraudulent Statement) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about December 17, 2004, within the District of Columbia, in a matter under the jurisdiction of the Federal Bureau of Investigation ("FBI"), an agency within the Executive Branch of the Government of the United States, **TONGSUN PARK**, the defendant, did knowingly and willfully make false, fraudulent, and fictitious material statements and representations, that is, among other things, Park falsely told FBI agents that he played no role in the adoption of United Nations Security Council Resolution 986, that he did not exchange money with a particular Iraqi-American individual, that he had never been to that Iraqi-American's office, and that he had no business dealings with a particular United Nations official.

   (**Fictitious or Fraudulent Statements**, in violation of Title 18, United States Code, Section 1001)

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.