UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-159-EGS |
| v. | : | |
| TONGSUN PARK, | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby requests, pursuant to Fed. R. Crim. P. 48(a), that the Court dismiss the indictment in the above-entitled case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By: _____
JOHN ROTH
Assistant United States Attorney
(202) 514-6961