UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-159-EGS |
| v. | : | |
| TONGSUN PARK, | : | |
| Defendant. | : | |

## ORDER DISMISSING INDICTMENT

WHEREAS, the Government having moved to dismiss the indictment,

IT IS HEREBY ORDERED, that pursuant to Fed. R. Crim. P. 48(a), the Government's motion is GRANTED, and the indictment in this matter is hereby dismissed.

**SO ORDERED:**

Dated:

_____
HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE