UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 06-159 (EGS) |
| v. ) | |
| ) | **FILED** |
| TONGSUN PARK, ) | |
| ) | MAR 1 6 2007 |
| Defendant. ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

Upon consideration of the government's motion to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 48(a), it is

**ORDERED** that the government's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the indictment in this matter is **DISMISSED**; and it is

**FURTHER ORDERED** that the bench warrant issued for the defendant in this matter is **QUASHED**.

**SO ORDERED**.


Signed:   Emmet G. Sullivan
          United States District Judge
          March 15, 2007