## WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **V.** <br><br> **TONGSUN PARK** <br><br> DOB:                PDID: | DOCKET NO. 06 - 15 9  MAGIS. NO: |
|  | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** <br><br> Tongsun Park                **FILED** <br><br> MAR 2 3 2007 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| **WARRANT ISSUED ON** | Indictment |
| **DISTRICT OF ARREST** |
| **TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER** | **CITY** |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

FALSE STATEMENTS TO GOVERNMENT OFFICIALS

*This Warrant is Quashed  [signature] 3/23/07*

UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF:          18:1001

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:** <br> **MAGISTRATE JUDGE FACCIOLA** | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)** <br> *John M. Facciola* <br> **U.S. MAGISTRATE JUDGE JOHN FACCIOLA** | **DATE ISSUED:** <br> 6/13/06 |
| **CLERK OF COURT:** <br> Nancy Mayer-Whittington | **BY DEPUTY CLERK:** | **DATE:** <br> 6/13/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING | SIGNATURE OF ARRESTING |
|---|---|---|
| **DATE EXECUTED** | | |

1124749